UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTINE JONES | CIVIL ACTION |
| VERSUS | NUMBER: 15-6383 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "N"(5) |

## ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on May 12, 2016 (Rec. Doc. No. 9), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

New Orleans, Louisiana, this  13th  day of                 May                 , 2016.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE